RECEIVED
LAKE CHARLES, LA
APR 27 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| CHARLES A. TREECE<br>LA. DOC #349233 | CIVIL ACTION NO. 08-0327<br>SECTION P |
| VS. | JUDGE MINALDI |
| WARDEN, ALLEN CORRECTIONS CENTER | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation and the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's second and successive Application for Writ of *Habeas Corpus* be transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 27 day of April, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE